IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVION FORD,<br><br>　　　　　　Defendant. | 8:20CR270<br><br>FINAL ORDER<br>OF FORFEITURE |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 85). The Court has reviewed the record in this case and finds as follows:

　　　1.　　On October 27, 2021, the Court entered a Preliminary Order of Forfeiture (Filing No. 70), pursuant to 18 U.S.C. § 924(c)(1)(A)(i), 853, 21 U.S.C. § 841(a)(1), and (b)(1)(D) and based upon defendant Davion Ford ("Ford") pleading guilty to Counts I and II of the Indictment and admitting the Forfeiture Allegation (Filing No. 1). Under the Preliminary Order of Forfeiture, Ford forfeited any interest he had in the following United States currency and firearms (the "Property"):

　　　a.　　$8,400 in U.S. currency seized on August 12, 2020, from 8802 N. 75th Avenue, Omaha, Nebraska;

　　　b.　　$5,449 in U.S. currency seized on August 11, 2020, from 8802 N.75th Avenue, Omaha, Nebraka;

　　　c.　　A HiPoint, Model 995, 9 mm rifle, serial number F81735; and

　　　d.　　A Glock GMBH, model 23CGEN4, 40 caliber pistol, serial number XXX116.

　　　2.　　Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 29, 2021, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for

Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on January 14, 2022 (Filing No. 84).

3. The government has advised the Court that no petitions have been filed. A review of the record confirms that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 85) is granted.
2. All right, title and interest in and to the Property, held by any person or entity are forever barred and foreclosed.
3. The Property is forfeited to the government.
4. The government is directed to dispose of the Property in accordance with law.

Dated this 15th day of June 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge